[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10823
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00487-SCB-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGINALD CHARLES SMILEY,
a.k.a. Reginald Charles Smiley,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 30, 2014)

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Roginald Charles Smiley in this direct criminal appeal, has filed a renewed motion to withdraw from further representation of the appellant, supported by a brief filed pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and  Smiley's conviction and sentence are **AFFIRMED**.